FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL M. MASCHMEYER, as Personal Representative of the Estate of R. Wayne Estopinal, deceased,<br><br>        Plaintiffs,<br><br>vs.<br><br>TAMARACK AEROSPACE GROUP, INC.,<br><br>        Defendant. | Case No. 2:20-CV-00061-MKD<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>**ECF No. 56** |

Before the Court is the parties' Stipulated Motion to Dismiss Consolidated Matters with Prejudice.  ECF No. 56.  This matter is consolidated with Case Nos. 2:20-CV-00060-MKD, 2:20-CV-00062-MKD, and 2:20-CV-00421-MKD.  On May 30, 2023, the Court held a hearing to address outstanding issues in Case No. 2:20-CV-00060-MKD.  Counsel for the parties in this case were present and explained that the outstanding issues do not inhibit settlement and dismissal of this case.

ORDER - 1

Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  The instant stipulated motion requests that the court dismiss this case with prejudice and no award of costs, and has been signed by counsel for Plaintiffs and for Defendant.

Accordingly, **IT IS ORDERED:**

1.    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims in Case No. 2:20-CV-00061 are **DISMISSED with prejudice**, without an award of fees or costs.

2.    Any pending motions are **DENIED as moot**.

3.    All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.**  The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED May 31, 2023.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2